1 | MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
2 | M. ELIZABETH HOLT (State Bar No. 263206)
meh@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
5 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant Green Tree Servicing LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMIE SKINNER,<br><br>           Plaintiff,<br><br>     vs.<br><br>GREEN TREE SERVICING LLC,<br><br>           Defendant. | Case No. 3:12-CV-3834-JCS<br><br>**JOINT STIPULATION TO CONTINUE RESPONSE DEADLINE PURSUANT TO CIVIL LOCAL RULE 6-1(A)**<br><br>The Honorable Joseph C. Spero<br><br>Action Filed:   July 23, 2012<br>Trial Date:      None Set |

11293.0172/2371366.1

3:12-CV-3834-JCS
Rule 6-1(a) Stipulation

Pursuant to Civil Local Rule 6-1(a), plaintiff Jamie Skinner and defendant Green Tree Servicing LLC ("Green Tree"), by and through counsel, hereby stipulate that Green Tree's deadline for filing a responsive pleading to Skinner's complaint is extended to **October 1, 2012**.

This change will not alter the date of any other event or deadline already fixed by Court order.

DATED: September 14, 2012  Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: _/s/ M. Elizabeth Holt_
M. Elizabeth Holt*

Attorneys for Defendant Green Tree Servicing LLC

DATED: September 14, 2012  DELTA LAW GROUP

By: _/s/ Jim G. Price_
Jim G. Price

Attorneys for Plaintiff Jamie Skinner

*I, M. Elizabeth Holt, am the ECF user whose identification and password are being used to file this Joint Stipulation. I hereby attest that Jim G. Price has concurred in this filing.
/s/ M. Elizabeth Holt

Dated: 9/18/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA