1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant Green Tree Servicing
7  LLC

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12
| JAMIE SKINNER,              | Case No. 3:12-CV-3834-JCS |
|-----------------------------|---------------------------|
| Plaintiff,                  | **JOINT STIPULATION TO CONTINUE RESPONSE DEADLINE PURSUANT TO CIVIL LOCAL RULE 6-1(A)** |
| vs.                         |                           |
| GREEN TREE SERVICING LLC,   | The Honorable Joseph C. Spero |
| Defendant.                  | Action Filed:   July 23, 2012<br>Trial Date:      None Set |

1  Pursuant to Civil Local Rule 6-1(a), plaintiff Jamie Skinner and defendant Green Tree
2  Servicing LLC ("Green Tree"), by and through counsel, hereby stipulate that Green Tree's
3  deadline for filing a responsive pleading to Skinner's complaint is extended to **October 1, 2012**.
4  This change will not alter the date of any other event or deadline already fixed by Court
5  order.

6  DATED:  September 14, 2012         Respectfully submitted,

7                                     SEVERSON & WERSON
8                                     A Professional Corporation

10                                    By:  _/s/ M. Elizabeth Holt_
11                                              M. Elizabeth Holt*

12                                    Attorneys for Defendant Green Tree Servicing LLC

14  DATED:  September 14, 2012         DELTA LAW GROUP

16                                    By:  _/s/  Jim G. Price_
17                                              Jim G. Price

18                                    Attorneys for Plaintiff Jamie Skinner

21  *I, M. Elizabeth Holt, am the ECF user whose identification and password are being used to file this Joint Stipulation.  I hereby attest that Jim G. Price has concurred in this filing.
22  /s/ M. Elizabeth Holt

23  Dated: 9/18/12

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]