```
 1  MARY KATE SULLIVAN (State Bar No. 180203)
    mks@severson.com
 2  M. ELIZABETH HOLT (State Bar No. 263206)
    meh@severson.com
 3  SEVERSON & WERSON
    A Professional Corporation
 4  One Embarcadero Center, Suite 2600
    San Francisco, California 94111
 5  Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
 6
    Attorneys for Defendant Green Tree Servicing
 7  LLC
```

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  JAMIE SKINNER, | Case No. 3:12-CV-03834-JCS |
| 13         Plaintiff, | **STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)** |
| 14       vs. | |
| 15  GREEN TREE SERVICING LLC, | |
| 16         Defendant. | Date:    N/A<br>Time:    N/A<br>Crtrm.:  G, 15th Floor<br>Judge:   Hon. Joseph C. Spero |
| | Action Filed:   July 23, 2012<br>Trial Date:     None Set |

1   On December 14, 2012, this Court granted in part and denied in part defendant Green Tree
2   Services LLC ("Green Tree")'s motion to dismiss the first amended complaint ("FAC") filed by
3   plaintiff Jamie Skinner.  Under Federal Rule of Civil Procedure 12(a)(4)(A), Green Tree's
4   deadline for filing its answer to the FAC is December 28, 2012.

5   Pursuant to Civil Local Rule 6-1(a), the parties stipulate that Green Tree's deadline for
6   filing its answer to the FAC is hereby continued by 30 days to **January 28, 2013**.

DATED:  December 18, 2012

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By: _____*/s/ M. Elizabeth Holt*_____
       M. Elizabeth Holt*

Attorneys for Defendant Green Tree Servicing LLC


DATED:  December 18, 2012

DELTA LAW GROUP
A Professional Law Corporation


By: _____*/s/ Jim G. Price*_____
       Jim G. Price

Attorneys for Plaintiff Jamie Skinner

Dated: 12/19/12

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

*I, M. Elizabeth Holt, am the ECF user whose identification and password are being used to file this stipulation.  I hereby attest that Jim G. Price has concurred in this filing.
*/s/ M. Elizabeth Holt*

11293.0172/2503679.1            1                            3:12-CV-03834-JCS
                                                             Rule 6-1(a) Stipulation