1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant Green Tree Servicing
7  LLC

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  JAMIE SKINNER,                    | Case No. 3:12-CV-03834-JCS
13         Plaintiff,                 | **STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER FIRST AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)**
14    vs.
15  GREEN TREE SERVICING LLC,
16         Defendant.                 | Date:  N/A
                                       | Time:  N/A
17                                     | Crtrm.: G, 15th Floor
                                       | Judge:  Hon. Joseph C. Spero
18
19                                     | Action Filed:  July 23, 2012
                                       | Trial Date:    None Set

1  On December 14, 2012, this Court granted in part and denied in part defendant Green Tree Services LLC ("Green Tree")'s motion to dismiss the first amended complaint ("FAC") filed by plaintiff Jamie Skinner.  Under Federal Rule of Civil Procedure 12(a)(4)(A), Green Tree's deadline for filing its answer to the FAC is December 28, 2012.

Pursuant to Civil Local Rule 6-1(a), the parties stipulate that Green Tree's deadline for filing its answer to the FAC is hereby continued by 30 days to **January 28, 2013**.

DATED:  December 18, 2012       Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By:    */s/ M. Elizabeth Holt*
       M. Elizabeth Holt*

Attorneys for Defendant Green Tree Servicing LLC


DATED:  December 18, 2012       DELTA LAW GROUP
                                A Professional Law Corporation


By:    */s/ Jim G. Price*
       Jim G. Price

Attorneys for Plaintiff Jamie Skinner

Dated: 12/19/12

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

*I, M. Elizabeth Holt, am the ECF user whose identification and password are being used to file this stipulation.  I hereby attest that Jim G. Price has concurred in this filing.
*/s/ M. Elizabeth Holt*