1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
7  Attorneys for Defendant Green Tree Servicing
   LLC

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12

13 | JAMIE SKINNER,                          | Case No. 3:12-CV-3834-JCS

14 |            Plaintiff,                    | **JOINT STIPULATION TO CONTINUE RESPONSE DEADLINE PURSUANT TO CIVIL LOCAL RULE 6-1(A)**

15 |      vs.                                 |

16 | GREEN TREE SERVICING LLC,                | The Honorable Joseph C. Spero

17 |            Defendant.                    | Action Filed:    July 23, 2012
                                             | Trial Date:      None Set

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Civil Local Rule 6-1(a), plaintiff Jamie Skinner and defendant Green Tree

2    Servicing LLC ("Green Tree"), by and through counsel, hereby stipulate that, in order for the

3    parties to continue their informal settlement negotiations, Green Tree's deadline for filing an

4    answer to Skinner's first amended complaint is extended to **February 11, 2013.**

5        This change will not alter the date of any other event or deadline already fixed by Court

6    order.

7    DATED:  January 28, 2013                    Respectfully submitted,

8                                                SEVERSON & WERSON

9                                                A Professional Corporation

10

11                                               By:  _____*/s/ M. Elizabeth Holt*_____

12                                                         M. Elizabeth Holt*

13                                               Attorneys for Defendant Green Tree Servicing LLC

14

15   DATED:  Jnauary 28, 2013                    DELTA LAW GROUP

16

17                                               By:  _____*/s/ Jim G. Price*_____

18                                                         Jim G. Price

19                                               Attorneys for Plaintiff Jamie Skinner

20

21

22   *I, M. Elizabeth Holt, am the ECF user whose identification and password are being used to file
this Joint Stipulation.  I hereby attest that Jim G. Price has concurred in this filing.

23   */s/ M. Elizabeth Holt*

24     Dated: 2/1/13

25

26

27

28