1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  M. ELIZABETH HOLT (State Bar No. 263206)
   meh@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant Green Tree Servicing
7  LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

| | |
|---|---|
| JAMIE SKINNER,<br><br>            Plaintiff,<br><br>     vs.<br><br>GREEN TREE SERVICING LLC,<br><br>            Defendant. | Case No. 3:12-CV-3834-JCS<br><br>**JOINT STIPULATION TO CONTINUE RESPONSE DEADLINE PURSUANT TO CIVIL LOCAL RULE 6-1(A)**<br><br>The Honorable Joseph C. Spero<br><br>Action Filed:   July 23, 2012<br>Trial Date:     None Set |

Pursuant to Civil Local Rule 6-1(a), plaintiff Jamie Skinner and defendant Green Tree Servicing LLC ("Green Tree"), by and through counsel, hereby stipulate that, in order for the parties to continue their informal settlement negotiations, Green Tree's deadline for filing an answer to Skinner's first amended complaint is extended to **February 11, 2013.**

This change will not alter the date of any other event or deadline already fixed by Court order.

DATED:  January 28, 2013         Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By:     */s/ M. Elizabeth Holt*
             M. Elizabeth Holt*

Attorneys for Defendant Green Tree Servicing LLC


DATED:  Jnauary 28, 2013         DELTA LAW GROUP


By:     */s/ Jim G. Price*
             Jim G. Price

Attorneys for Plaintiff Jamie Skinner


*I, M. Elizabeth Holt, am the ECF user whose identification and password are being used to file this Joint Stipulation.  I hereby attest that Jim G. Price has concurred in this filing.
*/s/ M. Elizabeth Holt*

Dated: 2/1/13

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA